ACCEPTED
12-15-00183-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/24/2015 2:05:17 PM
Pam Estes
CLERK



## State Counsel for Offenders

A Division of Texas Department of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

11/24/2015 2:05:17 PM

PAM ESTES
Clerk

November 24, 2015

Pam Estes, Clerk of Court
 Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

**VIA – E-FILE**

In re:  Frederick Deshun Lee *v. State of Texas*
        Appeal Cause No. 12-15-00183-CV
        Trial Cause No. 31727

Dear Ms. Estes:

In accordance with Texas Rule of Appellate Procedure 48.4, a copy of the opinion was sent to Mr. Lee by certified mail, return receipt requested on November 17, 2015. I am hereby forwarding you a copy of the U.S. mail receipt # 7012 1010 0002 5674 5333 and green card receipt under which the opinion was sent.

Sincerely,

/s/ Lisa M. Moss
Lisa M. Moss
Legal Assistant II
Kenneth Nash
Appellate Section Chief

NME/lmm

cc: file

Enclosure

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Frederick Lee
# 1648475
Cannally Unit
899 Fm 632
Kenedy, Tx 78119

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X L. Atkins
☑ Agent
☐ Addressee

B. Received by ( Printed Name)
L. ATKINS

C. Date of Delivery
11-19-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

6 1 AON

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mall     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
*(Transfer from service label)*

7012 1010 0002 5674 5333

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

---

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

7012 1010 0002 5674 5333

| | | |
|---|---|---|
| Postage | $ 1.20 | |
| Certified Fee | 3.45 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 7.45 | |

Sent To
Frederick Lee # 1648475

Street, Apt. No.
or PO Box No. 899 Fm 632

City, State, ZIP+4
Kenedy    Tx    78119

PS Form 3800, August 2006          See Reverse for Instructions



## State Counsel for Offenders

### A Division of Texas Board of Criminal Justice

P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

November 16, 2015

Frederick Lee
TDCJ# 1645475
Connally Unit
899 FM 632
Kenedy, TX 78119

**CERTIFIED MAIL RETURN RECEIPT REQUESTED #7012 1010 0002 5674 5333**

**CONFIDENTIAL ATTORNEY CLIENT COMMUNICATION**

RE:    Frederick Lee v. The State of Texas
        Appeal Cause No. 12-15-00183-CR
        Trial Cause No. 31727

Mr. Lee:

Please be advised that on November 12, 2015 the Twelfth Court of Appeals issued a written opinion which AFFIRMED your conviction, holding that the applicable statute of limitations in your case was 3 years, not 2 as our office argued on your behalf. In compliance with Rule 48.4, Rules of Appellate Procedure, I am enclosing a copy of the Court of Appeals' Opinion. Be advised that you have a right to file a *pro se* discretionary review with the Court of Criminal Appeals. **I am, however, going to file a petition for discretionary review on your behalf.** In other words, I will continue to handle your case from this point; you do not have to do anything.

Please contact undersigned if you have any questions.

Sincerely,

Nicholas Mensch
Staff Attorney
State Counsel for Offenders